PROB 12B
(7/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 06 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE. WASHINGTON

# United States District Court

## for the

## Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Johnny James

Case Number: 098 2:00CR02095-001
098 2:00CR02096-001

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Sr. U.S. District Judge

Date of Original Sentence: October 24, 2000

Type of Supervision: Supervised Release

Original Offense:
098 2:00CR02095-001:
Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)
098 2:00CR02096-001:
Possession of a Controlled Substance, 21 U.S.C. § 844

Date Supervision Commenced: June 17, 2013

Original Sentence: Prison - 84 months; TSR - 36 months

Date Supervision Expires: June 16, 2018

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

21      You shall complete a sex offender evaluation, which may include psychological and polygraph testing. You shall pay according to your ability and allow the reciprocal release of information between the treatment provider and supervising officer.

## CAUSE

Washington State last completed a sex offender level on Mr. James prior to 2000.  Since that time, the Static-99 leveling tool has been implemented in Washington State. The tool was applied and it was determined the defendant's sex offense level is now, one.  In an effort to confirm this level, the defendant has agreed to complete an assessment and a polygraph examination in an effort to support the finding from the tool and ascertain potential risk to the community.

Respectfully submitted,

by      s/Stephen Krous
_____

Stephen Krous
U.S. Probation Officer
Date: October 3, 2014

Prob 12B
**Re: James, Johnny**
**October 3, 2014**
**Page 2**

THE COURT ORDERS

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[ ]    Other

_____
Signature of Judicial Officer

_____10/6/14_____
Date